**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorneys for Plaintiff
**RUTH APPLE**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **RUTH APPLE,**<br><br>Plaintiff,<br><br>vs.<br><br>**CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE**; **CSAA INSURANCE EXCHANGE dba AAA INSURANCE**; and **MARIBEL LEYVA,**<br><br>Defendants. | Case No.: 2:19-cv-01093-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE SECOND AND THIRD CASES OF ACTION IN THE PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Ruth Apple ("Plaintiff") and Defendants CSAA General Insurance Company dba AAA Insurance and CSAA Insurance Exchange dba AAA Insurance (collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss the Second and Third Causes of Action in Plaintiff's Complaint, or in the Alternative, to Sever/Bifurcate and to Stay Claims (ECF No. 10) from the current deadline of July 15, 2019, up to and including July 29, 2019. Additional time is being requested because Plaintiff and Plaintiff's counsel were not placed on the court's service list, had not been served with the Motion, and

Page 1 of 2



*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*

were unaware of the Motion until May 10, 2019. The Motion was served upon prior counsel Mainor Wirth Injury Lawyers. This is the parties' first request to extend these deadlines to respond.

This requested extension of time is sought in good faith and not for the purpose of causing undue delay.

IT IS SO STIPULATED.

Dated this 12th day of June, 2019.

| REMPFER MOTT LUNDY, PLLC | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| /s/ Joseph N. Mott | /s/ Philip A. John |
| Joseph N. Mott | Michael R. Merritt |
| Nevada Bar No. 12455 | Nevada Bar No. 5720 |
| Scott E. Lundy | Philip A. John |
| Nevada Bar No. 14235 | Nevada Bar No. 10627 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| **Ruth Apple** | **CSAA General Insurance Company and CSAA Insurance Exchange** |

## ORDER

IT IS SO ORDERED.

Dated: July __15__, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com