**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorneys for Plaintiff
**RUTH APPLE**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **RUTH APPLE,**<br><br>Plaintiff,<br><br>vs.<br><br>**CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE**; **CSAA INSURANCE EXCHANGE dba AAA INSURANCE**; and **MARIBEL LEYVA**,<br><br>Defendants. | Case No.: 2:19-cv-01093-RFB-DJA<br><br>STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING ON [9] DEFENDANT'S FIRST MOTION TO DISMISS re: [1] PETITION FOR REMOVAL AND [10] SECOND MOTION TO DISMISS re [1] PETITION FOR REMOVAL SET<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1, 6-2, 7-1, and 26-4, Plaintiff Ruth Apple ("Plaintiff" or "Apple"), by and through her attorneys of records, Joseph N. Mott and Scott E. Lundy of Rempfer Mott Lundy, PLLC, and Defendant CSAA General Insurance Company dba AAA Insurance and CSAA Insurance Exchange dba AAA Insurance, by and through its attorneys of record, Jonathan Carlson of McCormic, Barstow, Sheppard, Wayte & Carruth, LLP, hereby stipulate and agree to re-schedule [9] First Motion to Dismiss re [1] Peition for Removal and [10] Second Motion to Dismiss re: [1] Peition for Removal currently set for March 10, 2020. This is the parties' first request for such a continuance.



This stipulation to continue the hearing date is based on Plaintiff's recent change of counsel and the need for new counsel to prepare for the subject hearing.

Based on the foregoing, the Parties respectively request the Court continue the hearing date 14 days or as close thereto as the Court as calendar will allow.

Dated this 9th day of March, 2020.

| REMPFER MOTT LUNDY, PLLC | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| /s/ Joseph N. Mott | /s/ Jonathan Carlson |
| Joseph N. Mott | Jonathan Carlson |
| Nevada Bar No. 12455 | Nevada Bar No. 10536 |
| Scott E. Lundy | Attorneys for Defendants |
| Nevada Bar No. 14235 | **CSAA General Insurance Company and** |
| Attorneys for Plaintiff | **CSAA Insurance Exchange** |
| **Ruth Apple** | |

## ORDER

IT IS SO ORDERED that the hearing set for March 10, 2020 at 10:00 AM is vacated and reset for March 17, 2020 at 11:00 AM in LV Courtroom 7C.

Dated: <u>March 9, 2020.</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com