JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Non-Party Dane Street, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH APPLE,<br><br>Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE dba AAA INSURANCE; CSAA INSURANCE EXCHANGE dba AAA INSURANCE; and ROE Business Entities I-X,<br><br>Defendants. | Case No. 2:19-cv-01093-RFB-DJA<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) EXTEND TIME FOR NON-PARTY DANE STREET, LLC TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA (ECF No. 57) (FIRST REQUEST)**<br><br>**(2) WITHDRAW NON-PARTY'S DANE STREET, LLC'S MOTION TO EXTEND TIME (ECF NO. 58)** |

Non-Party Dane Street, LLC ("Dane Street"), by and through its counsel of record, Jackson Lewis, P.C., Plaintiff Ruth Apple, by and through her counsel of record, Mainor Wirth, LLP, and Defendants CSAA General Insurance d/b/a AAA Insurance, and CSAA Insurance Exchange dba AAA Insurance, by and through their counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, hereby stipulate and agree as follows:

1. On April 26, 2021, Plaintiff filed a Motion to Compel Non-Party Dane Street, LLC's Compliance with Rule 45 Subpoena. ECF No. 57. Dane Street's response was due on May 10, 2021.

2. On May 10, 2021, Dane Street filed a Motion to Extend the Time for it to Respond to Plaintiff's Motion. ECF No. 58. Dane Street requested until May 26, 2021 to file the response as Plaintiff's subpoena encompasses 19 deposition topics and 19 categories of documents to be

produced. Dane Street is working to address each of these collective 38 topics in its response to Plaintiff's Motion. Additionally, Dane Street's counsel's review of potentially responsive documents sought by Plaintiff's subpoena is taking longer than anticipated due to the volume of materials and counsel's obligations in other matters. The review of these materials is necessary for Dane Street to respond to the arguments made in Plaintiff's Motion to Compel. Further, Dane Street's counsel will be out of the office on a previously-planned time off from May 14 – May 23, 2021.

3. The parties have agreed that Dane Street shall have until May 26, 2021 to file its response to Plaintiff's Motion.

4. As a result, Dane Street's Motion to Extend (ECF No. 58) shall be withdrawn without prejudice.

5. Nothing in this Stipulation shall operate to waive or concede any claim, defense or argument.

/ / /

/ / /

/ / /

/ / /

/ / /

6. This stipulation is made in good faith and not for the purpose of delay.

Dated this 14th day of May, 2020.

| | |
|---|---|
| MAINOR WIRTH, LLP | JACKSON LEWIS P.C. |
| */s/ James D. Urrutia* | */s/ Joshua A. Sliker* |
| James D. Urrutia, Esq. | Joshua A. Sliker, Esq. |
| Nevada Bar No. 12885 | Nevada Bar No. 12493 |
| Breanna K. Hartmann, Esq. | 300 S. 4th St., Suite 900 |
| Nevada Bar No. 13889 | Las Vegas, NV 89101 |
| 6018 S. Ft. Apache Rd., Ste. 150 | |
| Las Vegas, Nevada 89148 | *Attorneys for Non-Party Dane Street, LLC* |
| *Attorneys for Plaintiff* | |

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

*/s/ Jonathan Carlson*
Jonathan Carlson, Esq.
Nevada Bar No. 10536
8337 West Sunset Road, Ste 350
Las Vegas, Nevada 89113

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 17, 2021

Case No. 2:19-cv-01093-RFB-DJA